IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 68.51.133.5

**ISP:** Comcast Cable
**Physical Location:** Waterford, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/21/2017 21:37:57 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 06/03/2017 10:22:50 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 02/11/2017 15:56:12 | BB5EC5864734FE9BCCE962C969669FFA2B741845 | Want To Fuck My Wife |
| 01/29/2017 20:17:19 | 6B90E9FDB4FAB0EA1C4F3A054B5F5179382F4D26 | A Rose A Kiss and A Bang |
| 12/18/2016 13:48:30 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 09/22/2016 09:59:11 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 05/17/2016 02:53:51 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |
| 04/22/2016 02:27:20 | 8D4D8B538624452CE7DFBDBE7056EDCAEBD121B1 | Threesome With a View |
| 04/03/2016 14:07:58 | 80887678F3F20DEED3580EBFDF7E550F96CE32E6 | Czechmates |
| 01/16/2016 13:33:02 | 8053C44D146F01C6BBFB9A7A7A5919E27ADF325F | Sweet Sensations |
| 01/08/2016 23:53:28 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 12/31/2015 16:22:44 | FC35F5ED86A37786D1CE7F3C99C7AEC5B0A500EE | Inside Caprice |
| 10/01/2015 11:53:21 | B2A6AFE50E6C569016C5D1B4424CBE0632E5AF28 | Puffy Nipple Lovers |
| 08/30/2015 20:58:55 | DA65EF06C367247D469B313BCA4D148F7FAC5301 | Every Mans Sexy Camping Trip |
| 05/01/2015 11:49:51 | 88DC4EC70AB81986698CE8099924C834DE5C6A5D | Dripping Pleasures |
| 03/29/2015 12:06:19 | F53A589E3518D865F254E342E974D2636B12D27E | Best Friends With Benefits |
| 03/27/2015 10:54:54 | 4C1A69D6FDA198E7CB9FC35063616AA9D3B906A7 | Twice The Fun |
| 03/27/2015 10:39:23 | 7DBCA94983661CA6AA5487316D4B597408FD7A85 | Spread Across The Floor |
| 03/15/2015 12:19:28 | 33E0ABD791B50222199255BA15177D245EC5FFF0 | Let Me Join You |
| 02/28/2015 13:56:14 | AC25BCAF1E7FE4D2F84E4FFCB420CA861C36DE9F | Deepest Desires |
| 02/22/2015 14:33:41 | C3F656CDA6134E3569B0476DAB07D8913E01DF6E | Bring Me To My Knees |
| 02/20/2015 13:18:52 | 81793EE212E0BCED6A9942BA30DCF30376B09A20 | Midnight Passion |

EXHIBIT A

NEMI339

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/14/2015 13:18:50 | 6A51E79E7714B00A17E3A8C05663F98168228F53 | Spread Wide Open |
| 01/07/2015 02:25:55 | DC68B75F6D146B1139EC9559C4AE1CEA5BF8CD7D | Barely Fits |
| 01/07/2015 02:25:02 | FB19F226C1720F9C293C5E9CB07021829E151D92 | One Show For Each |
| 01/07/2015 02:23:55 | D8AB790944DC855AF8267C6625BFF683B05126B1 | Constance Aaron X-Art on TV |
| 01/02/2015 10:26:23 | 2D7737E181777815B8E419E29004CC0C8206E2C5 | Back For More |
| 12/29/2014 00:15:37 | 7CC3BC94DCD3EA027404C700EE319477F028D479 | Never Better |
| 12/27/2014 19:44:49 | 2966DC33F6833F7487EE8688FE07B37E586AEC10 | Strawberry Morning |
| 12/20/2014 07:29:57 | 72C5F1DBC6450F1E2A92EC1F8A55098D80002B06 | Enjoy the Ride |
| 12/15/2014 05:44:17 | 74B513F8C46E7BDEDD8BCEDE99AEA51B6DBF0933 | First Time |

**Total Statutory Claims Against Defendant: 31**

EXHIBIT A

NEMI339